# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JOHN MILLER,

      Plaintiff,

      v.                                         Case No. 05-C-93

DAVID ASBACH,

      Defendant.

## RECUSAL ORDER

Pursuant to 28 U.S.C. § 455(a), I hereby disqualify myself from presiding over the above-captioned matter on the grounds that my impartiality might be reasonably questioned. Consequently, this matter will be returned to the Clerk of United States District Court for the Eastern District of Wisconsin for random reassignment to another judicial officer.

Dated at Milwaukee, Wisconsin, this 12th day of August, 2005.

BY THE COURT:

s/Patricia J. Gorence
PATRICIA J. GORENCE
United States Magistrate Judge